IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLLEEN CODDINGTON,

Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federal public entity; WILLIAMS, WILLIAMS, & McKISSICK, LLC, an Oklahoma corporation; NATIONAL VENDOR MANAGEMENT SERVICES, INC., and DOES 2010,

Defendants.

3:12-cv-00481-AC

JUDGMENT OF DISMISSAL

Based upon the Court's Order (#66) issued August 9, 2013, granting Defendants' Motions (#22), and (#29) for Summary Judgment, the Court **DISMISSES** this matter **with prejudice** and denies Plaintiff's Motion (#52) for Certification of Questions to the Oregon Supreme Court.

Dated this 14th day of August, 2013.

ANNA J. BROWN
United States District Judge